THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION – MCLEAN COUNTY

| | |
|---|---|
| NICOLE D.B. SANK, AND NATHAN LOOS<br><br>Plaintiffs,<br><br>v.<br><br>BONAFIDE THAI,<br>Soungpan Missakasavake<br><br>and "Sam" and/or Supakorn lertmahawong<br><br><br><br>Defendants. | Case Number 17-CV- 1251<br><br><br>**Plaintiff Demands Trial By Jury**<br><br>As Per Local Rule 38.1:<br>Equitable relief is sought<br>and demand for jury trial. |

**STIPULATION FOR DISMISSAL FOR THE CLAIMS OF PLAINTIFFS PURSUANT TO FRCP 41 with prejudice**

1.   The Plaintiffs  NICOLE D.B. SANK, AND NATHAN LOOS Motion this Honorable Court to dismiss the claims of Plaintiffs NICOLE D.B. SANK, AND NATHAN LOOS pursuant to Federal Rule of Civil Procedure 41 with prejudice.

Dated:  July 13, 2017            Respectfully submitted,

1

Respectfully submitted,

By: _____/S/ John C. Ireland __

Attorney for Plaintiff and Collective

John C. Ireland
The Law Office of John C. Ireland
**Lead counsel for purposes of  RULE 11.2 DESIGNATION OF LEAD COUNSEL ON INITIAL PLEADING**

636 Spruce Street
South Elgin ILL
60177  630-464-9675
FACSIMILE 630-206-0889
Attorneyireland@gmail.com
Attorney Number 6283137